IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-cr-00503-CAB-1 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| Michael Frost, | ) | |
| | ) | |
| Defendant. | ) | REPORT AND RECOMMENDATION |
| | ) | |

This matter was referred to the undersigned to conduct appropriate proceedings regarding an alleged supervised release violation in accordance with Criminal Rule 32.1.

On October 1, 2025, the undersigned conducted an fact of violation hearing on the superseding violation report of September 30, 2025. At the hearing, the Government was represented by Assistant United States Attorney Vasile Katsaros and the Defendant was represented by Assistant Federal Public Defender Darin Thompson. Jordan Wlotzko was also present on behalf of United States Pretrial and Probation Office.

The Defendant was advised of the alleged violations, of their right to remain silent, and of their right to counsel.

The Defendant admitted to Violation #2 of the superseding violation report. The Government moves to dismiss Violation #1.

Based upon the Superseding Violation Report and the Defendant's admission, the undersigned finds that the Defendant has committed Violation #2 as outlined in the Superseding

Violation Report. Consequently, the undersigned recommends that the Court find that the Defendant has violated the terms of their supervised release as to Violation #2. It is further recommended that Violation #1 be dismissed.

<u>s/Jonathan D. Greenberg</u>
JONATHAN D. GREENBERG
U.S. MAGISTRATE JUDGE

Date: October 1, 2025